RUSH ET AL., APPELLANTS, *v.* UNIVERSITY OF CINCINNATI
PHYSICIANS, INC., ET AL., APPELLEES.

2017-Ohio-2896.]

(No. 2016–0636—Submitted May 3, 2017—Decided May 22, 2017.)

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and, KENNEDY, O'NEILL, FISCHER, and SINGER, JJ., concur.

O'DONNELL and FRENCH, JJ., dissent and would affirm the judgment of the court of appeals.

ARLENE SINGER, J., of the Sixth District Court of Appeals, sitting for DEWINE, J.

The Becker Law Firm, L.P.A., Michael F. Becker, and David W. Skall; and Paul W. Flowers Co., L.P.A., and Paul W. Flowers, for appellants.

Reminger Co., L.P.A., and Mark A. MacDonald, for appellees.

Murray & Murray Co., L.P.A., and Margaret M. Murray, urging reversal for amicus curiae, Ohio Association for Justice.